IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00646-BNB

GORDON SONNENBERG,

    Applicant,

v.

RENE GARCIA, Warden,

    Respondent.

---

ORDER DISMISSING CASE

---

    Applicant, Gordon Sonnenberg, is a prisoner in the custody of the Federal Bureau of Prisons at the Federal Correctional Institution at Englewood, Colorado. Mr. Sonnenberg initiated this action by filing *pro se* an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 challenging the validity of his conviction and sentence. On March 12, 2014, Magistrate Judge Boyd N. Boland ordered Mr. Sonnenberg to show cause why the application should not be denied because he has an adequate and effective remedy available pursuant to 28 U.S.C. § 2255 in the sentencing court. Mr. Sonnenberg has not shown cause as directed. Instead, on March 26, 2014, he filed "Applicant[']s Motion to Dismiss Without Prejudice" (ECF No. 9) asking the Court to dismiss the instant action.

    Pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, Mr. Sonnenberg "may dismiss an action without a court order by filing: (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary

judgment." No response has been filed by Respondent in this action. A voluntary dismissal pursuant to Rule 41(a)(1)(A) is effective immediately upon the filing of a written notice of dismissal, and no subsequent court order is necessary. *See* J. Moore, Moore's Federal Practice ¶ 41.02(2) (2d ed. 1995); *Hyde Constr. Co. v. Koehring Co.*, 388 F.2d 501, 507 (10th Cir. 1968). The notice closes the file. *See Hyde Constr. Co.*, 388 F.2d at 507. Accordingly, it is

ORDERED that "Applicant[']s Motion to Dismiss Without Prejudice" (ECF No. 9) is granted and the instant action is dismissed without prejudice. It is

FURTHER ORDERED that the voluntary dismissal is effective as of March 26, 2014, the date the notice of voluntary dismissal was filed in this action.

DATED at Denver, Colorado, this  1st  day of    April   , 2014.

BY THE COURT:


   s/Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court